UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nancy Hope Fairstone-Lubet,<br><br>      Plaintiff,<br> v.<br><br>RJM Acquisitions L.L.C., and DOES 1-10 Inclusive<br><br>      Defendant. | : Index No. : 10-cv-02280 (ADS)(WDW)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF MOTION AND MOTION OF LEMBERG & ASSOCIATES, LLC
<u>TO WITHDRAW AS COUNSEL</u>**

  PLEASE TAKE NOTICE that, upon the Motion of Lemberg & Associates, LLC to Withdraw as Counsel, dated February 25, 2011, and the Affidavit of Sergei Lemberg, Esq. in Support of the Motion to Withdraw as Counsel, sworn to on February 24, 2011, and all the pleadings and proceedings heretofore had herein, Lemberg & Associates, moves this Court before the Honorable Judge William D. Wall at the United States Courthouse, Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722-9014, on a date and time to be designated by the Court or as soon thereafter as the parties may be heard for an Order Pursuant to Local Rule 1.4 granting Lemberg & Associates, LLC's Motion to Withdraw as Counsel.

Dated: Stamford, Connecticut
    February 25, 2011

                    By: <u>/s/ Sergei Lemberg</u>
                    Sergei Lemberg
                    LEMBERG & ASSOCIATES L.L.C.
                    1100 Summer Street, 3rd Floor
                    Stamford, CT 06905
                    Telephone: (203) 653-2250
                    Facsimile:  (203) 653-3424

## CERTIFICATES OF SERVICE

**THIS IS TO CERTIFY** that on February 25, 2011, a copy of the foregoing was sent via First Class Certified Mail Return Receipt Requested, postage prepaid, to the Plaintiff's residence.

/s/ Sergei Lemberg
Sergei Lemberg

**I FURTHER CERTIFY** that a copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF system which sent notice of such filing to the following:

Jonathan D. Elliot
Zeldes, Needle & cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604

/s/ Sergei Lemberg
Sergei Lemberg